## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN JUDICIAL DISTRICT OF TENNESSEE
### WESTERN DIVISION

SHAKITA CLAYTON,

      Plaintiff,

VS.                                                                    NO.  2:22-cv-02022-JTF

ARTAK GAGIKOVICH MARTIROSYAN;
GREEN WAY EXPRESS, LLC;  GOOD LINE
TRANSPORTATION, LLC GOOD LINE;
PENSKE TRUCK LEASING CO., L.P.; and
PENSKE TRUCK LEASING CORPORATION,

      Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANTS, PENSKE TRUCK LEASING CO., L.P. AND PENSKE TRUCK LEASING CORPORATION

Plaintiff Shakita Clayton and Defendants Penske Truck Leasing Co., L.P. and Penske Truck Leasing Corporation (jointly "Penske"), by and through counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby submit and enter this Stipulation of Voluntary Dismissal Without Prejudice upon the following terms:

1.     Plaintiff Shakita Clayton has asserted claims of negligence under various theories against all defendants in the cause, and avers that Penske is liable to Plaintiff under theories of agency and respondeat superior.

2.     Plaintiff may bring Penske back into this lawsuit in accordance with T.C.A § 20-1-119 prior to the resolution of dismissal of Plaintiff's lawsuit against the remaining defendants, Artak Gagikovich Martirosyan; Green Way Express, LLC; Good Line Transportation, LLC; and Good Line, by service of summons on Penske.

31655

3.      This Stipulation of Voluntary Dismissal does not operate as an adjudication on the merits of the claims asserted.

As indicated by the signatures below, all parties have agreed to allow Plaintiff to voluntarily dismiss the pending claims against Defendant Penske.

Respectfully Submitted,

_/s/_ James B. Summers _____
JAMES B. SUMMERS    (#4721)
Allen, Summers, Simpson, Lillie & Gresham, PLLC
*Attorneys for Defendants, Penske Truck*
*Leasing, Co., L.P. and Penske Truck*
*Leasing Corporation*
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

_/s/_  William T. Hackett _____
WILLIAM T. HACKETT (#31143)
Morgan & Morgan - Memphis
*Counsel for Plaintiff*
80 Monroe Avenue, Suite 900
Memphis, Tennessee 38103
(901) 333-1817

_/s/_  Samuel Fargotstein _____
SAMUEL M. FARGOTSTEIN  (#8202)
Martin, Tate, Morrow & Marston, P.C.
*Counsel for Defendants Greenway Transportation,*
*LLC, Goodline Transportation, LLC, and Artak*
*Martirosyan*
6410 Poplar Avenue, Tower II, Suite 1000
Memphis, Tennessee  38119-4839
(901) 522-9000

31655

CERTIFICATE OF SERVICE

I, James B. Summers, do hereby certify that a copy of the foregoing *Stipulation* was served on all parties of record via the Court's electronic filing system.

/s/   James B. Summers
JAMES B. SUMMERS

31655