**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **SHAKITA CLAYTON,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **Case No. 2:22-cv-02022-JTF-atc** |
| | ) |
| **ARTAK GAGIKOVICH MARTIROSAYAN,** | ) |
| **GREEN WAY EXPRESS, LLC, GOOD** | ) |
| **LINE TRANSPORTATION, LLC, PENSKE** | ) |
| **TRUCK LEASING, L.P., and PENSKE TRUCK** | ) |
| **LEASING CORPORATION** | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) in accordance with the Order of Dismissal with Prejudice, entered on October 17, 2022.  (ECF No. 42.)

## APPROVED:

_s/John T. Fowlkes, Jr._
JOHN T. FOWLKES, JR.                           THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE                    CLERK


October 17, 2022                               Ameshia Forrest
DATE                                           (By) LAW CLERK